UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN ESTEEN                                               CIVIL ACTION

versus                                                    NO. 09-5450

N. BURL CAIN                                              SECTION: "A" (1)

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **John Esteen** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

February 5, 2010

_____
UNITED STATES DISTRICT JUDGE